■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY VEGA, Also Known as ANTHONY HORRACH, Appellant. [701 NYS2d 369] —Judgment, Supreme Court, Bronx County (Edward Davidowitz, J.), rendered June 17, 1998, convicting defendant, after a jury trial, of criminal sale of a controlled substance in or near school grounds, and sentencing him, as a second felony offender, to a term of 6½ to 13 years, unanimously affirmed.

On the existing record, we find that defendant received meaningful representation (*see, People v Benevento*, 91 NY2d 708, 713-714). Trial counsel followed an appropriate strategy by stipulating to the chemist's testimony. There was no reason to doubt the accuracy of the routine laboratory report finding heroin in the single glassine envelope sold to the undercover officer, and counsel properly chose not to distract the jury. The remaining alleged shortcomings of counsel could not have deprived defendant of a fair trial. Concur—Williams, J. P., Mazzarelli, Wallach, Andrias and Friedman, JJ.

■ JOSE F. RAMIREZ et al., Appellants, v MICHAEL J. SANTARPIA et al., Respondents. [701 NYS2d 367] —Order, Supreme Court, Bronx County (Alan Saks, J.), entered October 19, 1998, which granted defendants' motion to change venue from Bronx County to Westchester County, unanimously affirmed, without costs.

The motion was properly granted in view of defendants' submission of a deed and utility bills showing that the defendant who plaintiff claims resides in the Bronx actually resides in Westchester. These documents corroborate that individual's detailed affidavit explaining, among other things, that the Bronx address listed in his driver's license was for unknown reasons left unchanged by the Department of Motor Vehicles despite his having submitted a change of address when he renewed his license more than a year before the accident (*compare, Martinez v Semicevic*, 178 AD2d 228). Concur—Williams, J. P., Mazzarelli, Wallach, Andrias and Friedman, JJ.